ROBERT COLAVITO, Appellant, v NEW YORK ORGAN DONOR NETWORK, INC., et al., Respondents.

Submitted July 10, 2006; decided August 29, 2006

Motion by New York Alliance for Donation, Inc. for leave to appear amicus curiae on consideration of the certified question

herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief may be served and 24 copies filed within five days.